

2002 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-24-2002

# USA v. Swida

Precedential or Non-Precedential: Non-Precedential

Docket No. 02-1449

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2002

Recommended Citation

"USA v. Swida" (2002). *2002 Decisions*. Paper 669.
http://digitalcommons.law.villanova.edu/thirdcircuit_2002/669

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2002 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


No.  02-1449


UNITED STATES OF AMERICA

v.

MARK SWIDA,

Appellant


Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal Action No. 98-cr-00295)
District Judge: Honorable Thomas I. Vanaskie


Submitted Under Third Circuit LAR 34.1(a)
September 23, 2002

Before: BARRY, AMBRO and COWEN, Circuit Judges

(Opinion filed October 24, 2002)


OPINION


PER CURIAM:

   For essentially the reasons set forth in Judge Vanaskie's memorandum opinion
dated January 15, 2001, we affirm the District Court's judgment.

TO THE CLERK:
   Please file the foregoing Opinion.

                         By the Court,

 /s/

                         Circuit Judg